IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| UNITED MINING CORPORATION, | Case No. CV99-0594-S-MHW |
| Plaintiff, | **ORDER** |
| v. |  |
| BRUCE M. BABBIT, JR., Secretary of the Interior of the United States, UNITED STATES DEPARTMENT OF THE INTERIOR; IDAHO STATE OFFICE, UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, |  |
| Defendants. |  |

Currently pending before the Court for its consideration are the following motions:

(1) Plaintiff's Motion for Summary Judgment (Dkt #20), filed April 16, 2001; and

(2) Defendants' Motion for Entry of Default (Dkt #27), filed July 3, 2001. Based on the representations by counsel that settlement papers are forthcoming, the above-listed motions will be **DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

Dated: February 25, 2002.

MIKEL H. WILLIAMS
UNITED STATES MAGISTRATE JUDGE

Order - Page 1

dkh

United States District Court
for the
District of Idaho
February 26, 2002

\* \* CLERK'S CERTIFICATE OF MAILING \* \*

Re:  1:99-cv-00594

I certify that a copy of the attached document was mailed or faxed to the following named persons:

    Kenneth D Nyman, Esq.
    802 W Bannock #900
    Boise, ID  83702

    Christ T Troupis, Esq.
    TROUPIS & SUMMER
    PO Box 1367
    Meridian, ID  83680

    Kenneth D Nyman, Esq.
    ANDERSON JULIAN HULL
    250 S 5th St #700
    Boise, ID  83707-7426

    Warren S Derbidge, Esq.
    US ATTORNEY'S OFFICE
    Box 32
    Boise, ID  83707

    _____Chief Judge B. Lynn Winmill
    _____Judge Edward J. Lodge
    _____Chief Magistrate Judge Larry M. Boyle
    ✓ Magistrate Judge Mikel H. Williams

Cameron S. Burke, Clerk

Date: 2-25-02    BY: _____
                     (Deputy Clerk)